570 A.2d 1321

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Troy Lee MILLS.**

Supreme Court of Pennsylvania.

Argued March 6, 1990.

Decided March 21, 1990.

William R. Cunningham, Dist. Atty., Ernest J. DiSantis, Jr., Asst. Dist. Atty., Jane Earll, Erie, for appellant.

Carmela R. M. Presogna, Asst. Public Defender, Erie, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order of Superior Court reversed. *See Commonwealth v. Weakland,* 521 Pa. 353, 555 A.2d 1228 (1989).

LARSEN, McDERMOTT and PAPADAKOS, JJ., having dissented in *Weakland,* would affirm in this case.